FILED

MAR 06 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHAWN LARAY BELL, | No. 10-55363 |
| Plaintiff - Appellant, | D.C. No. 8:07-cv-01218-ODW-PLA |
| v. | |
| SANTA ANA CITY JAIL; et al., | MEMORANDUM* |
| Defendants - Appellees, | |

Appeal from the United States District Court
for the Central District of California
Otis D. Wright, II, District Judge, Presiding

Submitted February 21, 2012**

Before:     FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

Federal prisoner Shawn Laray Bell appeals pro se from the district court's

summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference

to serious medical needs arising from his detention in a city jail.  We have

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

jurisdiction under 28 U.S.C. § 1291.  We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004), and we affirm.

The district court properly granted summary judgment because Bell failed to raise a genuine dispute of material fact as to whether he suffered from a serious medical condition related to an ulcer during the relevant time, or whether defendant Coates knew of, and knowingly failed to treat him for, the same.  *See id.* at 1057 (prisoner's deliberate indifference claim requires that medical condition at issue be objectively serious and that prison officials subjectively knew of it, but deliberately failed to provide adequate medical care).

Bell's remaining contentions are unpersuasive.

**AFFIRMED.**